No. 04–7608. BELLS *v.* MAYNARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7611. ROBINSON *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7615. HESSLER *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 04–7616. HAGGERTY *v.* AMERICAN AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 04–7617. FOWLER *v.* COLLIER. C. A. 7th Cir. Certiorari denied.

No. 04–7624. CRANE *v.* HAMILTON ET AL. Ct. App. Ga. Certiorari denied.

No. 04–7626. PEOPLES *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–7627. SLOAN *v.* RUDIANO ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–7629. MORRIS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 04–7630. SHULER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–7631. ROBERTS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7636. WARREN *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–7638. MULLINS *v.* LAVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7640. WOOTEN *v.* ST. FRANCIS MEDICAL CENTER. C. A. 5th Cir. Certiorari denied.

No. 04–7643. WUBKER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.